IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, <br><br> *Plaintiff*, <br><br> v. <br><br> TWIN COUNTY REGIONAL HEALTHCARE, FOUR UNNAMED DOCTORS AND NURSES OF TWIN COUNTY REGIONAL HEALTHCARE (DOCTOR A AND NURSES B, C, D); <br><br> KARL R. HADE, EXECUTIVE SECRETARY OF THE SUPREME COURT OF VIRGINIA, in his official capacity, <br> JUDGE F, in his official capacity; <br><br> CARROLL COUNTY SHERIFF KEVIN A. KEMP, in his official capacity, <br> FIVE UNNAMED POLICE DEPUTIES OF CARROLL COUNTY SHERIFF'S OFFICE (DEPUTIES V, W, X, Y, AND Z), <br> in their individual and official capacities; <br><br> NEW RIVER VALLEY REGIONAL JAIL AUTHORITY, <br> THREE UNNAMED OFFICERS OF NEW RIVER VALLEY REGIONAL JAIL <br> (JAIL OFFICERS 1, 2, 3), <br> in their individual and official capacities, and <br><br> DOE OFFICERS 4 and 5, <br><br> *Defendants*. | Case Number: 7:22-cv-00238-EKD |

**MOTION FOR *PRO HAC VICE* ADMISSION OF ADERSON FRANCOIS**

Pursuant to Rule 6(d) of the Local Rules for the United States District Court for the Western District of Virginia, I, Joshua Erlich, an attorney admitted to practice in this Court, and counsel of record in the instant proceeding, hereby move the Court for the admission of

Aderson Francois, Esquire to appear *pro hac vice* on behalf of the Plaintiff in the above captioned case and in support thereof state as follows:

1. Mr. Francois is a Professor of Law & Director of the Civil Rights Clinic at Georgetown University Law Center, 600 New Jersey Ave NW, Washington, DC 20001, Tel: (202) 661-6721, Email: aderson.francois@georgetown.edu.

2. Mr. Francois is qualified and licensed to practice law and is a bar member in good standing of the District of Columbia (D.C. Bar. No. 498544).

3. Mr. Francois agrees to submit to and comply with the appropriate rules of procedure as required in the case for which he is applying to appear *pro hac vice* as well as the rules and standards of professional conduct applicable to all lawyers admitted to practice before this Court.

WHEREFORE, for the reasons stated above, it is requested that this Court grant this motion and permit Aderson Francois to appear *pro hac vice* on behalf of Plaintiff in the above captioned case, and to appear at hearings or trials in the absence of an associated member of the bar of this Court.

| | |
|---|---|
| Dated: May 4, 2022 | Respectfully submitted, |
| | */s/ Joshua Erlich*<br>Joshua Erlich (VSB No. 81298)<br>THE ERLICH LAW OFFICE, PLLC<br>2111 Wilson Blvd. #700<br>Arlington, VA 22201<br>Tel: (703) 791-9087<br>Fax: (703) 722-8114<br>Email: jerlich@erlichlawoffice.com |
| | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. As this matter has not yet been served, there are no parties for whom service is necessary.

>  */s/ Joshua Erlich*
> Joshua Erlich (VSB No. 81298)
> THE ERLICH LAW OFFICE, PLLC
> 2111 Wilson Blvd. #700
> Arlington, VA 22201
> Tel: (703) 791-9087
> Fax: (703) 722-8114
> Email: jerlich@erlichlawoffice.com
>
> *Counsel for Plaintiff*