IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| TWIN COUNTY REGIONAL HEALTHCARE, FOUR UNNAMED DOCTORS AND NURSES OF TWIN COUNTY REGIONAL HEALTHCARE (DOCTOR A AND NURSES B, C, D); | ) |
| KARL R. HADE, EXECUTIVE SECRETARY OF THE SUPREME COURT OF VIRGINIA, in his official capacity, JUDGE F, in his official capacity; | ) |
| CARROLL COUNTY SHERIFF KEVIN A. KEMP, in his official capacity, FIVE UNNAMED POLICE DEPUTIES OF CARROLL COUNTY SHERIFF'S OFFICE (DEPUTIES V, W, X, Y, AND Z), in their individual and official capacities; | ) Case Number: 7:22-cv-00238-EKD |
| NEW RIVER VALLEY REGIONAL JAIL AUTHORITY, THREE UNNAMED OFFICERS OF NEW RIVER VALLEY REGIONAL JAIL (JAIL OFFICERS 1, 2, 3), in their individual and official capacities, and | ) |
| DOE OFFICERS 4 and 5, | ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION OF ADERSON FRANCOIS

Upon review and consideration of Plaintiff's motion for *pro hac vice* admission of

Aderson Francois, Esq., and it appearing that Mr. Francois is licensed to practice law and is bar

member in good standing with the District of Columbia and thus qualified to appear for and on behalf of the Plaintiff in this Action,

IT IS HEREBY ORDERED that attorney Aderson Francois of the Georgetown Law Civil Rights Clinic shall be permitted to appear *pro hac vice* for and on behalf of Plaintiff in the above styled Civil Action, and able to appear at hearings or trials in the absence of an associated member of the bar of this Court.

Entered this ____ day of May, 2022.

_____
United States District Judge