# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| TWIN COUNTY REGIONAL HEALTHCARE, ) | |
| MARIBEL RODRIGUEZ-MARTINEZ, M.D., ) | |
| LAURA B. LEONARD, R.N., ) | |
| CRYSTAL N. COLEMAN, R.N., ) | |
| TERESA L. WHITE, R.N., ) | |
| and TWO UNNAMED NURSES, A and B; ) | |
| ) | |
| KARL R. HADE, EXECUTIVE SECRETARY OF ) | |
| THE SUPREME COURT OF VIRGINIA, in his ) | |
| official capacity, ) | |
| HON. JEFFREY L. WRIGHT, in his official ) | |
| capacity; ) | |
| ) | |
| CARROLL COUNTY SHERIFF KEVIN A. ) | **Case No. 7:22-cv-00238** |
| KEMP, in his official capacity, and DEPUTIES ) | |
| KEITH A. MUSSER, ) | |
| CHRISTOPHER R. MABRY, ) | |
| ANTHONY G. HORTON, and TWO UNNAMED ) | |
| DEPUTIES Y and Z, ) | |
| in their individual and official capacities; ) | |
| ) | |
| NEW RIVER VALLEY REGIONAL JAIL ) | |
| AUTHORITY, and ) | |
| MARY STEWART, JOLEN MABREY, ) | |
| ROBERTA WEBB, DEREK TRENAR, NIKOLAS ) | |
| MCGRADY, JUSTIN ARCHER, VERONICA ) | |
| LOOP, DEREK TOLBERT, BRIAN COTTS, ) | |
| MELISSA EDWARDS, JOHN MCNEELY, ) | |
| ASHLEY UMBERGER, SHAUN BENZEL, and ) | |
| BENJAMIN WATKINS, and THREE ) | |
| UNNAMED JAIL OFFICERS 1, 2, and 3, ) | |
| in their individual and official capacities; ) | |
| ) | |
| DOE OFFICERS 4 and 5; ) | |
| ) | |

and DOE individuals 6–10,       )
                                )
*Defendants*.                   )

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY

Upon Plaintiff's motion, pursuant to Rule 26 of the Federal Rules of Civil Procedure, to conduct limited expedited discovery, it is **ORDERED** that Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff may immediately serve interrogatories under Federal Rule of Civil Procedure 33 to Defendants Kevin A. Kemp, Karl R. Hade, the New River Valley Regional Jail Authority, and Twin County Regional Healthcare, in order to identify and ascertain the true identities and conduct of the defendants in this matter.

Defendants shall respond to the proposed interrogatories within fourteen (14) calendar days of the date of service of the requests.

The limited expedited discovery authorized by this order shall not impair Plaintiff's right to take the usual discovery authorized by the Federal Rules of Civil Procedure following a Rule 26(f) conference.

Dated: _____        _____
                                     Robert S. Ballou
                                     United States Magistrate Judge