IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOSHUA LEE SMITH,

    Plaintiff,

v.

TWIN COUNTY REGIONAL
HEALTHCARE, et al.,

    Defendants.

Case No. 7:22-cv-00238-EKD-RSB

## MOTION TO DISMISS

Defendant Karl R. Hade, Executive Secretary of the Supreme Court of Virginia, in his official capacity, by counsel, under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the single claim asserted against him in the First Amended Complaint filed by Plaintiff Joshua Lee Smith. On the grounds stated in the accompanying Memorandum in Support, the Court lacks subject matter jurisdiction to adjudicate Smith's claim against Executive Secretary Hade, and the First Amended Complaint also fails to state a claim upon which relief may be granted against him.

    Respectfully submitted,

    KARL R. HADE

    By:   /s/ Sheri H. Kelly
          Counsel

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Jacqueline C. Hedblom
Senior Assistant Attorney General/Trial Section Chief

*Sheri H. Kelly, VSB No. 82219
Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 24211
Phone: 276-628-2964
Fax: 276-628-4375
skelly@oag.state.va.us
*Counsel for Defendant Karl R. Hade*

## CERTIFICATE

I hereby certify that on July 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a service copy to all defendants that have been served and have appeared by counsel. The remaining defendants were not served.

By:   /s/ Sheri H. Kelly
          Sheri H. Kelly