# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, <br><br> *Plaintiff*, <br><br> v. <br><br> TWIN COUNTY REGIONAL HEALTHCARE, <br> MARIBEL RODRIGUEZ-MARTINEZ, M.D., <br> LAURA B. LEONARD, R.N., <br> CRYSTAL N. COLEMAN, R.N., <br> TERESA L. WHITE, R.N., <br> and TWO UNNAMED NURSES, A and B; <br><br> KARL R. HADE, EXECUTIVE SECRETARY OF <br> THE SUPREME COURT OF VIRGINIA, in his <br> official capacity, <br> HON. JEFFREY L. WRIGHT, in his official <br> capacity; <br><br> CARROLL COUNTY SHERIFF KEVIN A. <br> KEMP, in his official capacity, and DEPUTIES <br> KEITH A. MUSSER, <br> CHRISTOPHER R. MABRY, <br> ANTHONY G. HORTON, and TWO UNNAMED <br> DEPUTIES Y and Z, <br> in their individual and official capacities; <br><br> NEW RIVER VALLEY REGIONAL JAIL <br> AUTHORITY, and <br> MARY STEWART, JOLEN MABREY, <br> ROBERTA WEBB, DEREK TRENAR, NIKOLAS <br> MCGRADY, JUSTIN ARCHER, VERONICA <br> LOOP, DEREK TOLBERT, BRIAN COTTS, <br> MELISSA EDWARDS, JOHN MCNEELY, <br> ASHLEY UMBERGER, SHAUN BENZEL, and <br> BENJAMIN WATKINS, and THREE <br> UNNAMED JAIL OFFICERS 1, 2, and 3, <br> in their individual and official capacities; <br><br> DOE OFFICERS 4 and 5; | **Case No. 7:22-cv-00238** |

and DOE individuals 6–10,                       )
                                                )
*Defendants*.                                   )

**UNOPPOSED MOTION TO**
**EXTEND THE SERVICE PERIOD BY THIRTY DAYS**

      For the reasons set forth in the accompanying Memorandum of Law, Plaintiff hereby moves this Court, pursuant to Rules 4 and 6 of the Federal Rules of Civil Procedure, for a thirty-day extension of the time in which Plaintiff may serve any defendants who were working for, working in, or employed by the New River Valley Regional Jail or Twin County Regional Healthcare on or around May 3 or 4, 2020. A supporting Memorandum of Law and a Proposed Order accompany this Motion.

Dated: August 29, 2022                          Respectfully submitted,

                                                       */s/Aderson Francois*
                                                       Aderson Francois (D.C. Bar No. 498544)
                                                       (*pro hac vice*)
                                                       Lucia Goin (D.C. Bar. No. 1739389)
                                                       (*pro hac vice*)
                                                       Marissa K. Hatton (D.C. Bar No. 219291)
                                                       (*pro hac vice*)
                                                       CIVIL RIGHTS CLINIC
                                                       GEORGETOWN UNIVERSITY LAW CENTER
                                                       600 New Jersey Avenue NW, Suite 352
                                                       Washington, DC 20001
                                                       (202) 661-6721
                                                       (202) 662-9546
                                                       Aderson.Francois@georgetown.edu
                                                       Lucia.Goin@georgetown.edu
                                                       Marissa.Hatton@georgetown.edu

                                                       */s/ Joshua Erlich*
                                                       Joshua Erlich (VSB No. 81298)
                                                       THE ERLICH LAW OFFICE, PLLC
                                                       2111 Wilson Blvd. #700

Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
Email:jerlich@erlichlawofice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide copies to all counsel of record who have entered appearances. As all parties have not yet been served with process, service was not completed on all parties.

*/s/ Lucia Goin*
Counsel for Plaintiff