# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

|  |  |
|---|---|
| JOSHUA LEE SMITH, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| TWIN COUNTY REGIONAL HEALTHCARE, ) | |
| MARIBEL RODRIGUEZ-MARTINEZ, M.D., ) | |
| LAURA B. LEONARD, R.N., ) | |
| CRYSTAL N. COLEMAN, R.N., ) | |
| TERESA L. WHITE, R.N., ) | |
| and TWO UNNAMED NURSES, A and B; ) | |
| ) | |
| KARL R. HADE, EXECUTIVE SECRETARY OF ) | |
| THE SUPREME COURT OF VIRGINIA, in his ) | |
| official capacity, ) | |
| HON. JEFFREY L. WRIGHT, in his official ) | |
| capacity; ) | |
| ) | |
| CARROLL COUNTY SHERIFF KEVIN A. ) | **Case No. 7:22-cv-00238** |
| KEMP, in his official capacity, and DEPUTIES ) | |
| KEITH A. MUSSER, ) | |
| CHRISTOPHER R. MABRY, ) | |
| ANTHONY G. HORTON, and TWO UNNAMED ) | |
| DEPUTIES Y and Z, ) | |
| in their individual and official capacities; ) | |
| ) | |
| NEW RIVER VALLEY REGIONAL JAIL ) | |
| AUTHORITY, and ) | |
| MARY STEWART, JOLEN MABREY, ) | |
| ROBERTA WEBB, DEREK TRENAR, NIKOLAS ) | |
| MCGRADY, JUSTIN ARCHER, VERONICA ) | |
| LOOP, DEREK TOLBERT, BRIAN COTTS, ) | |
| MELISSA EDWARDS, JOHN MCNEELY, ) | |
| ASHLEY UMBERGER, SHAUN BENZEL, and ) | |
| BENJAMIN WATKINS, and THREE ) | |
| UNNAMED JAIL OFFICERS 1, 2, and 3, ) | |
| in their individual and official capacities; ) | |
| ) | |
| DOE OFFICERS 4 and 5; ) | |
| ) | |

| | |
|---|---|
| and DOE individuals 6–10, | ) |
| | ) |
| *Defendants*. | ) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR A THIRTY-DAY EXTENSION OF TIME IN WHICH TO SERVE PROCESS ON DEFENDANTS

Upon Plaintiff's Motion, pursuant to Rules 4 and 6 of the Federal Rules of Civil Procedure, it is **ORDERED** that Plaintiff's motion is **GRANTED**. On or before September 30, 2022, Plaintiff must serve all defendants who were working in, working for, and/or employed by the New River Valley Regional Jail or Twin County Regional Healthcare on or around May 3 or 4, 2020.

Dated: _____

                                                                                     Robert S. Ballou
                                                                                     United States Magistrate Judge