**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>TWIN COUNTY REGIONAL HEALTHCARE, )<br>MARIBEL RODRIGUEZ-MARTINEZ, M.D., )<br>LAURA B. LEONARD, R.N., )<br>CRYSTAL N. COLEMAN, R.N., )<br>TERESA L. WHITE, R.N., )<br>and TWO UNNAMED NURSES, A and B; )<br>)<br>KARL R. HADE, EXECUTIVE SECRETARY OF )<br>THE SUPREME COURT OF VIRGINIA, in his )<br>official capacity, )<br>HON. JEFFREY L. WRIGHT, in his official )<br>capacity; )<br>)<br>CARROLL COUNTY SHERIFF KEVIN A. )<br>KEMP, in his official capacity, and DEPUTIES )<br>KEITH A. MUSSER, )<br>CHRISTOPHER R. MABRY, )<br>ANTHONY G. HORTON, and TWO UNNAMED )<br>DEPUTIES Y and Z, )<br>in their individual and official capacities; )<br>)<br>NEW RIVER VALLEY REGIONAL JAIL )<br>AUTHORITY, and )<br>MARY STEWART, JOLEN MABREY, )<br>ROBERTA WEBB, DEREK TRENAR, NIKOLAS )<br>MCGRADY, JUSTIN ARCHER, VERONICA )<br>LOOP, DEREK TOLBERT, BRIAN COTTS, )<br>MELISSA EDWARDS, JOHN MCNEELY, )<br>ASHLEY UMBERGER, SHAUN BENZEL, and )<br>BENJAMIN WATKINS, and THREE )<br>UNNAMED JAIL OFFICERS 1, 2, and 3, )<br>in their individual and official capacities; )<br>)<br>DOE OFFICERS 4 and 5; )<br>) | **Case No. 7:22-cv-00238** |

and DOE individuals 6–10,           )
                                     )
*Defendants*.                        )

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR A THIRTY-DAY EXTENSION OF TIME IN WHICH TO SERVE PROCESS ON DEFENDANTS

Upon Plaintiff's Motion, pursuant to Rules 4 and 6 of the Federal Rules of Civil Procedure, it is **ORDERED** that Plaintiff's motion is **GRANTED**. On or before September 30, 2022, Plaintiff must serve all defendants who were working in, working for, and/or employed by the New River Valley Regional Jail or Twin County Regional Healthcare on or around May 3 or 4, 2020.

Dated: August 31, 2022

*Robert S. Ballou*
Robert S. Ballou
United States Magistrate Judge