IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSHUA LEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:22-cv-00238 |
| | ) |
| TWIN COUNTY REGIONAL | ) |
| HEALTHCARE, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS ON BEHALF OF**
**DEFENDANTS CARROLL COUNTY SHERIFF'S OFFICE DEPUTIES MUSSER,**
**MABRY AND HORTON**

Defendants Carroll County Sheriff's Office Deputies Keith A. Musser, Christopher R. Mabry, and Anthony G. Horton (collectively, "CCSO Deputies"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Court to dismiss all claims of the Amended Complaint except for the Second, Eighth, and Ninth claims against them on the basis that the Plaintiff's claims fail as a matter of law for the reasons stated in the accompanying memorandum.

Accordingly, the Defendants request that the Court dismiss all claims of the Amended Complaint except the Second (substantive due process), Eighth (battery), and Ninth (assault) claims, and for such other and further relief as the nature of this case requires and this Court deems appropriate.

CARROLL COUNTY SHERIFF'S OFFICE
DEPUTIES KEITH A. MUSSER, CHRISTOPHER
R. MABRY, AND ANTHONY G. HORTON

By: /s/ Julian F. Harf
Julian F. Harf (VSB # 90775)
GUYNN, WADDELL, CARROLL & LOCKABY, P.C.

1

        415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
julianh@guynnwaddell.com
*Counsel for Carroll County Sheriff's Office Deputies Keith A. Musser, Christopher R. Mabry, and Anthony G. Horton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to

Aderson Francois, Esq.
Lucia Goin, Esq.
Marissa K. Hatton, Esq.
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY
LAW CENTER
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
Aderson.Francois@georgetown.edu
Lucia.Goin@georgetown.edu
Marissa.Hatton@georgetown.edu
*Counsel for Plaintiff*

Joshua Erlich, Esq.
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd. #700
Arlington, VA 22201
jerlich@erlichlawoffice.com
*Counsel for Plaintiff*

Sheri H. Kelly, Esq.
Assistant Attorney General
Office of the Attorney General
204 Abingdon Place
Abingdon, VA  24211
skelly@oag.state.va.us
*Counsel for Defendants Karl R. Hade and Jeffrey L. Wright, Magistrate*

Coreen A. Silverman, Esq.

Sara K. Bugbee, Esq.
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, VA 23060
csilverman@hancockdaniel.com
sbugbee@hancockdaniel.com
*Counsel for Defendants DLP Twin County Regional Healthcare, LLC;*
*Crystal N. Coleman, RN; Laura B. Leonard, RN; and Teresa L. White, RN*

Laura A. Weipert, Esq.
Littler Mendelson, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
lweipert@littler.com
*Counsel for Defendant Twin County Regional Healthcare*

C. Eric Stevens, Esq.
Littler Mendelson, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
estevens@littler.com
*Counsel for Defendant Twin County Regional Healthcare*

Brandy Burnette Balding, Esq.
Hancock, Daniel & Johnson, P.C.
208 Sunset Drive, Suite 354
Johnson City, TN 37604
bbalding@hancockdaniel.com
*Counsel for Defendant Twin County Regional Healthcare*

    /s/ Julian F. Harf
    Julian F. Harf (VSB # 90775)
    GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
    415 S. College Avenue
    Salem, Virginia 24153
    Phone: 540-387-2320
    Fax:    540-389-2350
    julianh@guynnwaddell.com
    *Counsel for Carroll County Sheriff's Office*
    *Deputies Keith A. Musser, Christopher R. Mabry,*
    *and Anthony G. Horton*