# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**Joshua Lee Smith**

**vs.**

**Twin County Regional Healthcare, et al.**

Action No:   7:22cv238

Date:   12/13/2022

Judge:   Elizabeth K. Dillon

Court Reporter:   M. Butenschoen

Deputy Clerk:   K. Anglim

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Marissa Hatton | Sarah Bugbee |
| Lucia Goin | Julian Harf |
| Becca DiPietro | Sheri Kelly |
| Eleanor Slota | Coreen Silverman |
| Samantha Crisanti | Aneta Nikolic |
| Ciara Reed | Laura Weipert |
| Joshua Erlich | Cynthia Santoni |
| Genevieve Mesch | |
| Aderson Francois | |
| Francisco Maldonado | |

PROCEEDINGS:

Parties present by counsel in person and via zoom for oral argument on:

Dkt. 52 Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim

Dkt. 69 Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim

Dkt. 71 Motion to Dismiss for Failure to State a Claim

Dkt. 85 Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim

Dkt. 97 Motion to Dismiss for Failure to State a Claim

Dkt. 99 Motion to Dismiss for Failure to State a Claim

Dkt. 107 Motion to Dismiss

Dkt. 109 Motion to Dismiss

Dkt. 111 Motion to Dismiss for Failure to State a Claim

Argument, Objections, Rebuttal as reflected in the record.

Judge to take argument under advisement and rule in near future.

Time in Court: 9:01 – 10:52 am, 11:02 am – 1:17 pm, 1:29 pm – 2:10 pm; 4 hr 47 min