# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 7:22-cv-00238 |
| TWIN COUNTY REGIONAL HEALTHCARE, *et al.* | ) |
| *Defendants*. | ) |

## STIPULATION OF PARTIAL DISMISSAL

Plaintiff Joshua Lee Smith, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby voluntarily dismisses all claims against Defendant Nikolas McGrady based on the understanding that he was not employed at the New River Valley Jail Authority in May of 2020 at the time of the events at issue in the complaint.

It is further stipulated that each party shall bear their own attorneys' fees and costs as to these dismissed claims. This action shall continue to proceed as to all other Counts and Defendants with the exception of those matters explicitly dismissed above.

ENTERED this 29th day of March 2024.

*Robert S. Ballou*
Hon. Robert S. Ballou
United States District Judge