IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **Joshua Lee Smith,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | Civil Action No. 7:22-cv-238 |
| **v.** | ) | |
| | ) | |
| **Twin County Regional Healthcare *et al.*,** | ) | By: Hon. Robert S. Ballou |
| | ) | United States District Judge |
|     **Defendants.** | ) | |

### ORDER REFERRING CASE TO MEDIATION

The court hereby **ORDERS** that this case is **REFERRED** to C. Kailani Memmer, United States Magistrate Judge, for the purposes of mediation. Counsel shall promptly contact Judge Memmer's chambers to schedule the mediation. The parties are advised that any information provided during the proceeding shall be treated as confidential and shall not be shared with any other officer of the court. Mediation shall proceed independently of all other pretrial development and shall not modify or stay any scheduling provisions of the pretrial order.

It is so **ORDERED**.

Entered: April 1, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge