IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:22-cv-00238 |
| ) | |
| TWIN COUNTY REGIONAL HEALTHCARE, ) | |
| *et. al* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBPOENAS DUCES TECUM

PLEASE TAKE NOTICE that Defendant DLP Twin County Regional Healthcare, LLC (hereinafter, "Twin County Regional Hospital"), by counsel, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, will serve the attached subpoenas duces tecum on non-parties.

Respectfully submitted,

**DLP TWIN COUNTY REGIONAL HEALTHCARE**

By: /s/ Coreen A. Silverman
Coreen A. Silverman, Esq. (VSB # 43873)
Eileen R. Geller (VSB # 76764)
O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
Tel: (804) 403-7100
Fax: (804) 237-0250
csilverman@ohaganmeyer.com
egeller@ohaganmeyer.com
*Counsel for Defendant DLP Twin County Regional Healthcare*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of April 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send electronic notification of such filing (NEF) to all counsel of record.

                 /s/ Coreen A. Silverman
                 *Counsel for Defendant DLP Twin County Regional Healthcare*