**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
Roanoke Division

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| JOSHUA LEE SMITH, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **Case No. 7:22-cv-00238** |
| v. | ) | |
| | ) | |
| TWIN COUNTY REGIONAL | ) | |
| HEALTHCARE, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## STIPULATION OF PARTIAL DISMISSAL

Plaintiff Joshua Lee Smith, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses all claims against Defendant Nurses Laura Leonard, Crystal Coleman, and Teresa White.

Additionally, Plaintiff Joshua Lee Smith, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby voluntarily dismisses the following claims as to Defendant Twin County Regional Healthcare: the Seventh Claim for Relief for Medical Malpractice, the Eleventh Claim for Relief for Intentional Infliction of Emotional Distress, and the Twelfth Claim for Relief for Negligent Infliction of Emotional Distress. However, Plaintiff does not dismiss the Fourth Claim for Relief under the Americans with Disability Act (ADA) and the Sixth Claim for Relief under the Patient Protection and Affordable Care Act (PPACA) against Defendant Twin County Regional Healthcare.

It is further stipulated that each party shall bear their own attorneys' fees and costs as to

these dismissed claims. This action shall continue to proceed as to all other Counts and Defendants with the exception of those matters explicitly dismissed above.

ENTERED this _____ day of _____ 2024.   _____

Hon. Robert S. Ballou
United States District Judge

We ask for this:

*/s/Aderson Francois*
Aderson Francois (D.C. Bar. No. 498544)
(pro hac vice)
Nicole Molinaro Rheault (D.C. Bar. No. 1780028)
(pro hac vice)
Genevieve E. Mesch (D.C. Bar. No. 90008005)
(*pro hac vice*)
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW
CENTER
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
(202) 661-6506
(202) 661-6710
(202) 661-6721
Aderson.Francois@georgetown.edu
Nicole.Rheault@georgetown.edu
Genevieve.Mesch@georgetown.edu

*/s/Joshua Erlich*
Joshua Erlich (VSB No. 81298)
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd. #700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
jerlich@erlichlawofice.com

*Counsel for Plaintiff Joshua Lee Smith*

*/s/ Coreen A. Silverman*
Coreen A. Silverman (VSB No. 43873)
Eileen Geller (VSB No. 76764)
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500

Richmond, Virginia 23219
csilverman@ohaganmeyer.com
egeller@ohaganmeyer.com
Tel: (804) 403-7100
Fax: (804) 237-0250

*Counsel for Defendant Nurses Laura Leonard, Crystal Coleman, and Teresa White;*
*and Defendant Twin County Regional Healthcare*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel.

*/s/ Genevieve E. Mesch*
Genevieve E. Mesch