UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **Case No. 7:22-cv-00238** |
| v. ) | |
| ) | |
| TWIN COUNTY REGIONAL ) | |
| HEALTHCARE, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

## STIPULATION OF PARTIAL DISMISSAL

Plaintiff Joshua Lee Smith, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby voluntarily dismisses the following claims against Defendant Maribel Rodriguez-Martinez, MD: the Eleventh Claim for Relief for Intentional Infliction of Emotional Distress, the Twelfth Claim for Relief for Negligent Infliction of Emotional Distress, and the Fourth Claim for Relief under the Americans with Disability Act (ADA). However, Plaintiff does not dismiss the Seventh Claim for Relief for Medical Malpractice.

It is further stipulated that each party shall bear their own attorneys' fees and costs as to these dismissed claims. This action shall continue to proceed as to all other Counts and Defendants with the exception of those matters explicitly dismissed above.

ENTERED this _____ day of _____ 2024.      _____
                                                                              Hon. Robert S. Ballou
                                                                              United States District Judge

We ask for this:

*/s/Aderson Francois*
Aderson Francois (D.C. Bar. No. 498544)
(pro hac vice)
Nicole Molinaro Rheault (D.C. Bar. No. 1780028)
(pro hac vice)
Genevieve E. Mesch (D.C. Bar. No. 90008005)
(*pro hac vice*)
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
(202) 661-6506
(202) 661-6710
(202) 661-6721
Aderson.Francois@georgetown.edu
Nicole.Rheault@georgetown.edu
Genevieve.Mesch@georgetown.edu

*/s/Joshua Erlich*
Joshua Erlich (VSB No. 81298)
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd. #700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
jerlich@erlichlawofice.com

*Counsel for Plaintiff Joshua Lee Smith*

*/s/ Cyntha L. Santoni*
CYNTHIA L. SANTONI (Va. Bar No. 23172)
Aneta Nikolic (Va. Bar No. 92432)
Blankingship & Keith, PC
4020 University Dr, Suite 300
Fairfax, VA 22030
(703) 691-1235
csantoni@bklawva.com
anikolic@bklawva.com

*Attorney for Defendant Maribel Rodriguez-Martinez, M.D.*

*/s/ Christopher Dadak*
Christopher S. Dadak (VSB No. 83789)
Matthew J. Schmitt (VSB No. 96513)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email:christopherd@guynnwaddell.com
matts@guynnwaddell.com

*Counsel for Defendants Carroll County Sheriff, Kevin A. Kemp, New River Valley Regional Jail Authority, NRVRJ Officers, CCSO Officers*

*/s/ Julian F. Harf*
Julian F. Harf (VSB #90775)
Spilman Thomas & Battle, PLLC
310 First Street, Suite 1100 (ZIP 24011)
Post Office Box 90
Roanoke, VA 24002-0090
Phone: 540.512.1829
Fax:  540.342.4480
Email: jharf@spilmanlaw.com
*Counsel for Defendant Hannah Williams, LPN*

*/s/ Coreen A. Silverman*
Coreen A. Silverman (VSB No. 43873)
Eileen Geller (VSB No. 76764)
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
csilverman@ohaganmeyer.com

egeller@ohaganmeyer.com
Tel: (804) 403-7100
Fax: (804) 237-0250

*Counsel for Defendant Twin County Regional Hospital*

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel.

*/s/ Genevieve E. Mesch*
Genevieve E. Mesch