# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| JOSHUA LEE SMITH *Plaintiff*, v. TWIN COUNTY REGIONAL HEALTHCARE, *et al.*, *Defendants*. | Case No. 7:22-cv-00238 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Joshua Lee Smith and Defendants, Carroll County Sheriff, Kevin A. Kemp, New River Valley Regional Jail Authority, NRVRJ Officers, CCSO Officers, Maribel Rodriguez-Martinez, M.D., and Hannah Williams, LPN, jointly and through undersigned counsel, stipulate to the dismissal with prejudice of Case No. 7:22-cv-00238, as all remaining parties have reached a settlement agreement. Except as provided in the terms of the agreement, each party shall bear their own costs and attorneys fees.

Pursuant to the agreement of the parties, Magistrate Judge Kailani Memmer retains jurisdiction over the settlement agreement.

\* \* \*

We ask for this:

*/s/Aderson Francois*
Aderson Francois (D.C. Bar. No. 498544) (pro hac vice)
Nicole Molinaro Rheault (D.C. Bar. No. 1780028) (pro hac vice)
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue NW, Suite 352
Washington, DC 20001
(202) 661-6506
(202) 661-6710
Aderson.Francois@georgetown.edu
Nicole.Rheault@georgetown.edu

*/s/Joshua Erlich*
Joshua Erlich (VSB No. 81298)
THE ERLICH LAW OFFICE, PLLC
2111 Wilson Blvd. #700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 722-8114
jerlich@erlichlawofice.com

*Counsel for Plaintiff Joshua Lee Smith*

*/s/ Cyntha L. Santoni*
CYNTHIA L. SANTONI (Va. Bar No. 23172)
Aneta Nikolic (Va. Bar No. 92432)
Blankingship & Keith, PC
4020 University Dr, Suite 300
Fairfax, VA 22030
(703) 691-1235
csantoni@bklawva.com
anikolic@bklawva.com

*Attorney for Defendant Maribel Rodriguez-Martinez, M.D.*

*/s/ Christopher Dadak*
Christopher S. Dadak (VSB No. 83789)
Matthew J. Schmitt (VSB No. 96513)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email:christopherd@guynnwaddell.com
matts@guynnwaddell.com

*Counsel for Defendants Carroll County Sheriff, Kevin A. Kemp, New River Valley Regional Jail Authority, NRVRJ Officers, CCSO Officers*

*/s/ Julian F. Harf*
Julian F. Harf (VSB #90775)
Spilman Thomas & Battle, PLLC
310 First Street, Suite 1100 (ZIP 24011)
Post Office Box 90
Roanoke, VA 24002-0090
Phone: 540.512.1829
Fax:  540.342.4480
Email: jharf@spilmanlaw.com

*Counsel for Defendant Hannah Williams, LPN*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel.

*/s/ Nicole M. Rheault*
Nicole M. Rheault