IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
10/23/2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

| | |
|---|---|
| JOSHUA LEE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:22-cv-00238 |
| | ) |
| TWIN COUNTY REGIONAL HEALTHCARE, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' agreed Stipulation of Dismissal with Prejudice. Dkt. 273. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the action is dismissed by stipulation, with prejudice.

This matter is **STRICKEN** from the active docket of the Court. In accord with the Parties' Settlement Agreement, Magistrate Judge Kailani Memmer will retain jurisdiction for purposes of enforcing the settlement agreement.

Entered: October 23, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge